UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6976

RONNIE JUNIOR ELLIS,

             Plaintiff – Appellant,

        v.

DOCTOR MARIETTA, Primary Physician of R.R.J.; PETER OBER,
P/A of R.R.J.; JANE OR JOHN DOE, R.R.J. rep. or Employee
Responsible for Major Medical Decisions of Treatment; JANE
OR JOHN DOE, Unknown Employee or Rep(s) of R.R.J.
Responsible for Interferring with Ellis' Access to Courts,

             Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:07-cv-00367-MSD-JEB)

Submitted:  October 15, 2009         Decided:  October 21, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie Junior Ellis, Appellant Pro Se.  Alexander Francuzenko,
COOK, KITTS & FRANCUZENKO, PLLC, Fairfax, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Junior Ellis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for discovery, deny his motion for a refund, and affirm for the reasons stated by the district court. Ellis v. Marietta, No. 2:07-cv-00367-MSD-JEB (E.D. Va. filed May 8, 2009; entered May 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED